■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EARL CAMPBELL, Appellant. [63 NYS3d 675]—Judgments, Supreme Court, New York County (Bonnie Wittner, J.), rendered May 21, 2015, convicting defendant, upon his pleas of guilty, of criminal sale of a firearm in the first and second degrees and conspiracy in the fourth degree, and sentencing him to an aggregate term of 16 years, unanimously affirmed.

Defendant's challenges to the validity of his plea do not come within the narrow exception to the preservation requirement (*see People v Conceicao*, 26 NY3d 375, 382 [2015]), and we decline to review these unpreserved claims in the interest of justice. As an alternative holding, we find that the record as a

whole establishes that the plea was knowingly, intelligently and voluntarily made. Defendant's challenges to the form and content of the plea colloquy are without merit (*see e.g. People v Rivera*, 118 AD3d 626 [1st Dept 2014], *lv denied* 24 NY3d 964 [2014]).

We perceive no basis for reducing the sentence.

We have considered and rejected defendant's pro se claims. Concur—Richter, J.P., Mazzarelli, Kahn and Moulton, JJ.